

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,354

### EX PARTE DALTON RAY MOREHEAD, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 6765 IN THE 8TH DISTRICT COURT
### FROM DELTA COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to eleven years' imprisonment.

Applicant contends that he was denied the right to file an appeal. We remanded this application to the trial court for findings of fact and conclusions of law.

The trial court has determined that a timely notice of appeal was not filed in this cause. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the

judgment of conviction in Cause No. 6765 from the 8th Judicial District Court of Delta County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: May 19, 2010
Do Not Publish